IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Delma Warmack,

Plaintiff(s),

v.

Christian Dior, Inc.,

Defendant(s).

Case No. 1:22-cv-04633
Judge Elaine E. Bucklo

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of the Defendant Christian Dior, Inc. and against Plaintiff Delma Warmack.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Elaine E. Bucklo on a motion to dismiss plaintiff's complaint under Fed. R. Civ. Proc. 12(b)(6) [18].

Date: 2/10/2023

Thomas G. Bruton, Clerk of Court

Maria G. Hernandez , Deputy Clerk